IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN FREDERICK NELSON,<br><br>Defendant. | CR 10-49-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 36), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Dean Frederick Nelson's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this __16th__ day of April, 2024.

                                                      _/s/ Susan P. Watters_
                                                     Susan P. Watters
                                                     United States District Court Judge